# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

TED GROVE                                                    PLAINTIFF

v.                          No. 4:18-cv-645-DPM

BIOMET INC., *et al.*                                        DEFENDANTS

DOYLE E. TULLOS                                              PLAINTIFF

v.                          No. 4:18-cv-926-DPM

BIOMET, INC., *et al.*                                       DEFENDANTS

JOHNNY LUCAS                                                 PLAINTIFF

v.                          No. 4:19-cv-161-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                             DEFENDANTS

GARY SANDEN and SUSAN SANDEN                                 PLAINTIFFS

v.                          No. 4:19-cv-162-DPM

BIOMET, INC., *et al.*                                       DEFENDANTS

DILLARD SHERRILL and
PATRECA M. SHERRILL                                          PLAINTIFFS

v.                          No. 4:19-cv-163-DPM

BIOMET ORTHOPEDICS LLC, *et al.*                             DEFENDANTS

**VALENA HONEYCUTT**                                      **PLAINTIFF**

v.                          **No. 4:19-cv-216-DPM**

**JOHN CUCKLER, M.D.,** *et al.*                          **DEFENDANTS**

## ORDER

The Court will hold a joint status and scheduling conference in all these cases on 8 May 2019 at 9:00 a.m. in courtroom 1A in Little Rock. The Court looks forward to hearing counsel's thoughts on how to move the cases forward fairly and efficiently. Any party may file a pre-conference notice with suggestions by 26 April 2019. Any joint proposal would be most welcome. The Scheduling Orders—№ *189* in No. 4:18-cv-645-DPM and № *76* in No. 4:18-cv-926-DPM—are vacated.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*2 April 2019*