IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY SANDEN and SUSAN SANDEN                              PLAINTIFFS

v.                          No. 4:19-cv-162-DPM

BIOMET MANUFACTURING CORPORATION;
BIOMET, INC.; BIOMET U.S.
RECONSTRUCTION, LLC; and
BIOMET ORTHOPEDICS, LLC                                   DEFENDANTS

## JUDGMENT

The Sandens' claims are dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2021